CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
OCT 30 2009
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ALVIN LUTHER JONES,<br>    Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:08-cv-00492 |
| v. | ) <br> ) | **ORDER** |
| MR. GENE M. JOHNSON, <u>et al.</u>,<br>    Defendants. | ) <br> ) <br> ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the defendants' motions for summary judgment are **GRANTED** and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and counsel of record for the defendants.

ENTER: This 30th day of October, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge